petitioner. *Solicitor General Thacher* and *Mr. W. Marvin Smith* for respondents.

No. 644. LAMB, DEPUTY SHERIFF, ET AL. *v.* NEW JERSEY EX REL. TIERNEY. Jurisdictional statement submitted March 21, 1932. Decided March 28, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Max Rhoade* for appellants. No appearance for appellee.

No. 660. FARRINGTON *v.* CALIFORNIA. Jurisdictional statement submitted March 28, 1932. Decided April 11, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Roland Becsey* for appellant. *Mr. U. S. Webb*, Attorney General of California, for appellee.

No. 19, original. EX PARTE COLORADO. April 11, 1932. Return to the rule to show cause submitted by *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Mahlon D. Kiefer* and *John J. Byrne*.